Kenneth B. Black (05588)
ken.black@stoel.com
STOEL RIVES LLP
201 South Main Street, Suite 1100
Salt Lake City, Utah 84111
Telephone: (801) 578-6939
Facsimile: (801) 578-6999

Laura Kabler Oswell (*pro hac vice* application pending)
oswelll@sullcrom.com
Duncan Simpson LaGoy (*pro hac vice* application pending)
simpsond@sullcrom.com
Aviv S. Halpern (*pro hac vice* application pending)
halperna@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

*Attorneys for Defendant*
*Advanced Comfort Technologies, Inc. (dba Intellibed)*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| PURPLE INNOVATION, LLC, | Case No. 2:20-cv-00811-DBP |
| Plaintiff, | DECLARATION OF LAURA KABLER OSWELL IN SUPPORT OF INTELLIBED'S MOTION TO DISMISS |
| v. | |
| ADVANCED COMFORT TECHNOLOGIES, INC., dba INTELLIBED | Magistrate Judge Dustin B. Pead |
| Defendant. | |

I, Laura Kabler Oswell, declare as follows:

1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am a partner at Sullivan & Cromwell LLP and I am counsel to Defendant Advanced Comfort Technologies, Inc., dba Intellibed ("Intellibed") in the above-captioned action.

2. I provide this declaration in support of Intellibed's Motion to Dismiss, submitted concurrently herewith.

3. Attached hereto as **Exhibit A** is a true and correct excerpt of the Amended and Restated License Agreement between Intellibed and TNT Holdings, LLC, which was entered into on January 28, 2010. Exhibit A includes only the portion of the License Agreement that was publicly filed by Purple Innovation, LLC ("Purple") on November 10, 2020 as an exhibit to its Quarterly Report filed on Form 10-Q ("10-Q").

4. Attached hereto as **Exhibit B** is a true and correct copy of the Settlement Agreement and First Amendment to License Agreement, between Intellibed and EdiZONE, LLC, which has an effective date of May 1, 2017. Exhibit B was publicly filed by Purple on November 10, 2020 as an exhibit to its 10-Q.

-2-

5. Attached hereto as **Exhibit C** is a true and correct copy of a September 9, 2020 letter from J. Larson, at Purple, to S. Peterson, at Intellibed, subject: "Attribution, Trademark, and Patent Markings."

6. Attached hereto as **Exhibit D** is a true and correct copy of a September 16, 2020 letter that I sent on behalf of Intellibed to J. Larson, subject: "Response Regarding Attribution, Trademark and Patent Markings."

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this December 14, 2020 in San Francisco, California.

/s/ *Laura Kabler Oswell*
Laura Kabler Oswell